IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Zenobia Mondaine )
6127 Farrow )
Ks City, KS 66104 )
(Enter above the full name of )
the Plaintiff) )

vs.

(1) Osco's Drug Store 5161 )
    Name
   11729 Roe )
   Street and number
   Leawood  KS   661 )
   City    State    Zip Code

(2) Damon Shillhane K )
    Name
   11729 Roe )
   Street and number
   Leawood  KS  661 )
   City    State    Zip Code

(3) Polly El Ghaisi )
    Name
   11729 Roe )
   Street and number
   )
   City    State    Zip Code

(4) John ?  manager on Duty )
    Name    4-22-03  acc. dent
   )
   Street and number
   )
   City    State    Zip Code

(5) _____ )
    Name
   _____ )
   Street and number
   _____ )
   City    State    Zip Code

Case No. 04-2351-KHV/DJW

04 JUL 29 AM 11:02

1

```
(6) _____)
            Name                  )
    _____)
        Street and number         )
    _____)
    City      State    Zip Code)
```

(Enter above the full name and address
of the Defendant or Defendants in
this action.)

CIVIL COMPLAINT PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT OF 1964
or
29 U.S.C. § 621-634(b)
(Age Discrimination in Employment Act)
or
42 U.S.C. § 12111 et seq.
(Americans With Disabilities Act)

Mark the statute that you are filing this complaint under:

__X__  Title VII of the Civil Rights Act of 1964.

__√__  29 U.S.C. § 621-634(b)
       (Age Discrimination in Employment Act)

__X__  42 U.S.C. § 12111 et. Seq. (Americans With
       Disabilities Act)

1.  Plaintiff resides at: _6127 Farrow_
    _KS City KS 66104_

2.  Defendant employer(s) reside or can be served with process at the addresses set forth in the caption above.

3.  This action is brought for employment discrimination, pursuant to one or both of the following laws:

    a.  __√__  Title VII of the Civil rights Act of 1964 for employment discrimination.

    Discriminatory Practices
    Hiring + Firing
    assignments, for classfi.
    Benefits
    Humiliation + mental Anguish - Pain + Suffering
    Loss wages

   b. _____ Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621-634(b), as amended, for employment discrimination based on age;

   c. _____ Americans With Disabilities Act, codified at 42 U.S.C. § 12111 et seq., for employment discrimination based on disability.

   Jurisdiction is conferred on this court pursuant to 29 U.S.C.626(c)(1), 42 U.S.C. § 2000e-5, or 42 U.S.C. § 12117. If the plaintiff is a federal employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

   4. Venue is invoked pursuant to 28 U.S.C. § 1391.

   5. Defendant's conduct is discriminatory with respect to the following:

       a. _____ My race or color, which is _____.
       b. _____ My religion, which is _____.
       c. _____ My sex, which is: \_\_\_\_\_ male; \_\_\_\_\_ female.
       d. _____ My national origin, which is _____.
       e. ✓ My age, in violation of 29 U.S.C. § 623.
       f. ✓ My disability or perceived disability, which is **As Followed By paper work from Doc. statements**
       g. **Retaliation** Other as specified below: **wrongful termination, discriminatory Pratices,**

   6. The plaintiff is an employee within the meaning of the
   **I'm sick under a doctors care I have a Disabling Conditions after All this pain + suffering I want be Able to work My Doc has terminated me under wrongful termination.**

above-cited statute(s).

7. If this is an age discrimination case, the plaintiff states the following:

    a. Plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

    b. My age at the time of the alleged discriminatory conduct was _44-45_.

    c. My date of birth is _01-04-59_.

8. The defendant(s) is(are) (an employer,) employment agency, or labor organization within the meaning of 28 U.S.C. § 1343 and 29 U.S.C. § 630(b)(c) and (d).

9. The defendant(s) is(are) engaged in commerce within the meaning of the above-cited statutes.

10. The conduct complained of in this action concern:

    a. _X_ Failure to employ _me with more Hrs after Accident_

    b. _X_ Termination of employment

    c. _X_ Failure to promote

    d. _X_ Unequal terms and conditions of employment

    e. _X_ Reduction in wages

    f. _X_ Retaliation

    g. _X_ Failure to accommodate disability

    h. _X_ Other acts as specified below: _Harrassment_
_I was to train the Russia then I was Demoted when I was Qulify to be promted not Demoted for the Russia to have a Job in the store._

11. The facts surrounding my claim of discrimination are: _Discriminatory Practices + Wrongful Termination._

4

_I was Not making Enough money to pay my Bills I lose Benefits I was Never transfer, My Brother died & Because I don't get Enough Hrs I couldn't use Breavement Benefits. I have suffered Like the IRaq Prisoners._

_____ (If more space is needed you may attach additional sheets of 8 1/2" X 11" paper.)

12. The alleged discriminatory conduct occurred on or about _Jan 2003- 3-17-04 - 05-05-04_ at _OSCO's Drug store 11729 Roe Leawood KS_.

13. In accordance with 42 U.S.C. § 2000e-5, 29 U.S.C. § 626(d) and 29 U.S.C. § 633(b), or 42 U.S.C. § 12117, more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the Kansas State Division of Human Rights, the Kansas Commission on Human Rights or the Equal Employment Opportunity Commission.

14. In accordance with 28 U.S.C. §1343 or 29 U.S.C. § 633a(d), if this is an Age Discrimination action, a thirty (30) day Notice of Intent to File this action has been given to the Equal Employment Opportunity Commission.

15. I filed charges with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights regarding the alleged discriminatory act on _3-17-04 - 05-05-04_.

16. I filed charges with the Equal Employment Opportunity _Jan 2003 - 3-17-04 - 05-05-04_.

5

Commission regarding the alleged discriminatory act on **May 27, I got A Right to Sue Letter**

17. I filed a Notice of Intent with the Equal Employment Opportunity Commission on **May** _____.

18. The Equal Employment Opportunity Commission issued Notice-of-Right-to Sue letter (copy attached) which was received by me on or about **May 27**.

19. If relief is not granted, plaintiff will be irreparably denied the rights secured by the Age Discrimination in Employment Act of 1967, as amended, by Title VII of the 1964 Civil Rights Act, as amended, or by the Americans With Disabilities Act.

20. Plaintiff demands trial by jury. Yes ✓ No ___

WHEREFORE, plaintiff prays that:

a. The court grant the relief stated in 42 U.S.C. 2000e-5, 29 U.S.C. § 633a(c), or 42 U.S.C. § 12117, including damages in the amount of $**made whole etc...**

b. The court grant such other legal or equitable relief as the court deems just and proper, including attorney's fees and costs.

_Ms Zenobia Mondaine_
Signature of Plaintiff

Zenobia Mondaine
Name (Print or Type)

6127 Farrow
Address

KS     KS     66104
City     State     Zip Code

913-788-2531
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates (Wichita, (Kansas City) or Topeka), Kansas as
(circle one location)

the location for the trial in this matter.

Zenobia Mondaine
Signature of plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury ((yes) or no).
(circle one)

Zenobia Mondaine
Signature of plaintiff

Dated: 07-29-04
(Rev. 6/98)